IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ENOCH S. DOYLE | § | |
| | § | |
| v. | § | Case No. 4:10cv511 |
| | § | |
| CHAPMAN INCORPORATED, | § | |
| EBENEZER INTERNATIONAL, | § | |
| and DOES 1 through 20, inclusive | § | |

## MOTION TO DISMISS

Plaintiff Enoch S. Doyle and Defendant Chapman, Inc. file this Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(1)(I).

1. Plaintiff is Enoch S. Doyle; Defendant is Chapman, Inc.

2. Plaintiff did not serve Ebenezer International, and Ebenezer International has not filed an answer herein.

3. On October 19, 2010, Plaintiff sued Defendant.

4. The parties move to dismiss the entire suit because they have reached a settlement, and this Motion to Dismiss is filed in connection with the negotiated settlement.

5. Defendant agrees to the dismissal.

6. This case is NOT a class action. A receiver has NOT been appointed in this action.

7. This case is NOT governed by any federal statute that requires an order of the Court for dismissal of the case.

8. Plaintiff has NOT dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice.

Respectfully submitted,

*/s/ Enoch S. Doyle*
Enoch S. Doyle
Pro se Plaintiff

Enoch S. Doyle
1603 Serenade Lane
Richardson, Texas 75081-4624
(972) 464-7148

*/s/ Lisa D. Hull*
**LISA D. HULL**
State Bar No. 00784308

**HARRISON & HULL** L.L.P.
ATTORNEYS AND COUNSELORS
1575 Heritage Drive, Suite 204
McKinney, Texas 75069
(214) 585-0094
(214) 585-0097 facsimile

**ATTORNEYS FOR DEFENDANT
CHAPMAN, INC.**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the above and foregoing Motion to Dismiss was electronically filed with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system and served via e-mail, on this the  8th  day of April, to Enoch S. Doyle.

                                                      */s/ Lisa D. Hull*
                                              **LISA D. HULL**