IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ENOCH S. DOYLE** | § § | |
| v. | § § | Case No. 4:10cv511 |
| **CHAPMAN INCORPORATED, EBENEZER INTERNATIONAL, and DOES 1 through 20, inclusive** | § § § § | |

## ORDER OF DISMISSAL

After considering Plaintiff Enoch S. Doyle's and Defendant Chapman, Inc.'s Motion to Dismiss, the court

**GRANTS** the Motion and the entire case is DISMISSED with prejudice.

IT IS SO ORDERED.

**SIGNED this the 13th day of April, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE